```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 18684
    ROBERT E ALLEN
    MELANIE A ALLEN                             CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR
            Debtor
    SSN XXX-XX-0564    SSN XXX-XX-7515
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 10/11/07 .

2. The case was dismissed without confirmation, 02/22/2008.

3. The Debtor paid a total of $   830.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| LITTON LOAN SERVICING IN | CURRENT MORTG | .00 | .00 | .00 |
| LITTON LOAN SERVICING IN | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| LITTON LOAN SERVICING IN | SECURED | .00 | .00 | .00 |
| LITTON LOAN SERVICING IN | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| NAVY FEDERAL CU | SECURED VEHIC | .00 | .00 | 792.65 |
| ILLINOIS DEPT REVENUE | PRIORITY | NOT FILED | .00 | .00 |
| AMERICAN HONDA FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| AMERICASH LOANS | UNSECURED | NOT FILED | .00 | .00 |
| BLADEN COUNTY HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| COLLEGE OF LAKE COUNTY | UNSECURED | NOT FILED | .00 | .00 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| EYE CARE CENTER OF LAKE | UNSECURED | NOT FILED | .00 | .00 |
| HALL L MD | UNSECURED | NOT FILED | .00 | .00 |
| LAKE SHORE PATHOLOGISTS | UNSECURED | NOT FILED | .00 | .00 |
| ARMOR SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| NAVY FEDERAL CU | UNSECURED | NOT FILED | .00 | .00 |
| NORTH SHORE GAS | UNSECURED | NOT FILED | .00 | .00 |
| PEOPLES ENERGY | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| PROGRESS ENERGY INC | UNSECURED | NOT FILED | .00 | .00 |
| QUEST DIAGNOSTIC | UNSECURED | NOT FILED | .00 | .00 |
| SBC | UNSECURED | NOT FILED | .00 | .00 |
| SPRINT NEXTEL | UNSECURED | NOT FILED | .00 | .00 |
| TARGET | UNSECURED | NOT FILED | .00 | .00 |
| TCF BANK | UNSECURED | NOT FILED | .00 | .00 |
| ARMOR SYSTEMS CORP | UNSECURED | NOT FILED | .00 | .00 |

```
TIME WARNER CABLE             UNSECURED          NOT FILED              .00           .00
VICTORY MEMORIAL HOSPITA      UNSECURED          NOT FILED              .00           .00
SENEX SERVICES                UNSECURED          NOT FILED              .00           .00
ZION CLINIC                   UNSECURED          NOT FILED              .00           .00
STATE DISBURSEMENT UNIT       CHILD SUPPORT            .00              .00           .00
        Summary of disbursements:
-----------------------------------------------------------------------------------
                      SECURED      PRIORITY     UNSECURED       OTHER         TOTAL
-----------------------------------------------------------------------------------
TOTAL CLMS ALLOWED        .00           .00           .00         .00           .00
PRINCIPAL PAID         792.65           .00           .00         .00        792.65
INTEREST PAID             .00           .00           .00         .00           .00
TOTAL PAID             792.65           .00           .00         .00        792.65
```

The Debtor's attorney, FELD & KORRUB LLC           , was allowed $   3500.00
and was paid $     200.00   direct and $      .00   through the plan.

The Trustee received $      37.35 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 05/20/08                    /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE




                          PAGE   2
        CASE NO. 07 B 18684 ROBERT E ALLEN & MELANIE A ALLEN